In the Matter of the Application of VALENTINE J. McMANUS, Appellant, for Separate Payment by the Treasurer of The City of New York, Pursuant to Resolution of the Board of Estimate Adopted March 9, 1939, of a Refund of Such Sum of the Assessment for Benefit Paid in Excess of the Amount of Such Assessment as Reduced by the Reapportionment in Said Resolution Which Payment Was Made Out of the Award Made for Parcels No. 77 to 80 Inclusive on the Damage Map and in the Final Decree of the Supreme Court as to Damage and Benefit in this Proceeding to Acquire Title to Jay Street, from Nassau Street to Fulton Street, Smith Street from Fulton Street to Atlantic Avenue–Schermerhorn Street from Smith Street to Nevins Street to 3rd Avenue, etc., Borough of Brooklyn, City of New York. TREASURER OF THE CITY OF NEW YORK and EMIGRANT INDUSTRIAL SAVINGS BANK, Respondents.— Petitioner appeals from that part of an order which directs the treasurer of the city of New York to pay to Emigrant Industrial Savings Bank the sum of $737.61. Order, in so far as appealed from, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ., concur.

In the Matter of the Application of BARNETT MOSKIN, Appellant, for an Order against ALBERT V. PITT, Commanding Bureau of Public Safety, Nassau County Police Department, and FRANKLIN C. GILBERT, Town Clerk of the Town of Hempstead, Respondents.— Appeal from an order denying petitioner's application for an order directing respondents to issue a permit for the sale of fireworks at retail from petitioner's place of business at Bellerose Terrace, Nassau county. Order unanimously affirmed, without costs. No opinion. Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ.